IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40661
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ROY LEE PIERCE,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:88-CR-2-4
- - - - - - - - - -
February 17, 1998
Before JOLLY, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

    Roy Lee Pierce, a federal prisoner (#02143-078) appeals the
district court's denial of his motion to reduce sentence pursuant
to 18 U.S.C. § 3582(c)(1)(B).  Pierce was convicted of conspiracy
to distribute cocaine and possession of cocaine with intent to
distribute, in violation of 21 U.S.C. §§ 846 and 841(a)(1).  Pierce
argues that he is entitled to a reduction of his sentence based on
a clarifying amendment to the sentencing guidelines.  We have
reviewed the record and the briefs of the parties and affirm for

_____

    [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

essentially the reasons adopted by the district court.  <u>United States v. Pierce</u>, No. 6:88-CR-2-4 (E.D. Tex. May 21, 1997).

AFFIRMED.